BURKHARDT v. STATE. (No. 4862.)

(Court of Criminal Appeals of Texas. Jan. 30, 1918.)

CRIMINAL LAW ☞1090(1) — APPEAL — ABSENCE OF STATEMENT OF FACTS OR BILL OF EXCEPTIONS.

Where the record is without statement of facts or bill of exceptions, no question is presented for revision by the Court of Criminal Appeals.

Appeal from District Court, Comal County; M. C. Jeffrey, Judge.

George Burkhardt was convicted of burglary, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary, his punishment being assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. With the record in this condition, there is no question presented for revision.

The judgment will be affirmed.